AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

Margaret Keiper and Dail Keiper, Jr., Individually and as the Successors-in-Interest to Dail Keiper, Sr., Deceased )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 5:15-cv-00703-BRO(SPx)
)
Victor Valley Transit Authority, a Government entity; [see attached for complete caption] )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION
On First Amended Third-Party Complaint

To: *(Defendant's name and address)* United States of America
c/o The Chief, Litigation Division
Department of the Army
HQDA(DAJA-LT)
901 N. Stuart Street
Arlington, VA  22203-1837

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David S. Kahn, Esq. / Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
6385 S. Rainbow Blvd., Ste. 400
Las Vegas, NV  89101
dkahn@wwhgd.com
702-938-3838

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  August 4, 2015                                /s/   *J. Lam*
                                                             *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:15-cv-00703-BRO(SPx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____
                                                              _____
                                                              *Server's signature*

                                                              _____
                                                              *Printed name and title*

                                                              _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

1  David S. Kahn, Esq.
2  California Bar No. 148639
   dkahn@wwhgd.com
3  WEINBERG, WHEELER, HUDGINS,
     GUNN & DIAL, LLC
4  6385 S. Rainbow Boulevard, Suite 400
   Las Vegas, Nevada 89118
5  Telephone: (702) 938-3838
   Facsimile: (702) 938-3864
6
7  *Attorneys for Defendants*
   *Victor Valley Transit Authority; Transdev Services, Inc.;*
8  *Veolia Transportation Services, Inc.; and Dinorah Aguilar*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET KEIPER and DAIL KEIPER, JR., Individually and as the Successors-in-Interest to DAIL KEIPER, SR., Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>VICTOR VALLEY TRANSIT AUTHORITY, a Government entity; DINORAH AGUILAR; TRANSDEV SERVICES, INC., A Maryland Corporation; VEOLIA TRANSPORTATION SERVICES, INC., A Corporation; STEVEN KILTY; FBN TRANSPORTATION, LLC, a Wisconsin Limited Liability Company; MARDAN TRANSPORTATION LLC, a Wisconsin Limited Liability Company; AMSTON SUPPLY, INC., a Wisconsin Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants | Case No. 5:15-cv-00703-BRO(SPx) |


VICTOR VALLEY TRANSIT AUTHORITY, a government entity; DINORAH AGUILAR, an individual; TRANSDEV SERVICES, INC., a Maryland corporation; VEOLIA TRANSPORTATION SERVICES, INC., a corporation,

      Third-Party Plaintiffs,

v.

UNITED STATES OF AMERICA; DOES 1 through 10, inclusive,

      Third-Party Defendants.