David S. Kahn, Esq.
California Bar No. 148639
dkahn@wwhgd.com
Marisa Rodriguez-Shapoval, Esq.
California Bar No. 302836
mrodriguez-shapoval@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendants*
*Victor Valley Transit Authority; Dinorah Aguilar;*
*Transdev Services, Inc., and; Veolia Transportation Services, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET KEIPER and DAIL KEIPER, JR., Individually and as the Successors-in-Interest to DAIL KEIPER, SR., Deceased<br><br>Plaintiffs,<br><br>v.<br><br>VICTOR VALLEY TRANSIT AUTHORITY, a Government entity; DINORAH AGUILAR; TRANSDEV SERVICES, INC., A Maryland Corporation; VEOLIA TRANSPORTATION SERVICES, INC., A Corporation; STEVEN KILTY; FBN TRANSPORTATION, LLC, a Wisconsin Limited Liability Company; MARDAN TRANSPORTATION LLC, a Wisconsin Limited Liability Company; AMSTON SUPPLY, INC., a Wisconsin Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants | Case No. 5:15-cv-00703-BRO(SPx)<br><br><br><br>**NOTICE OF NON-OPPOSITION** |

| | |
|---|---|
| 1 | VICTOR VALLEY TRANSIT AUTHORITY, a government entity; DINORAH AGUILAR, an individual; TRANSDEV SERVICES, INC., a Maryland corporation; VEOLIA TRANSPORTATION SERVICES, INC., a corporation, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Cross-Claimants, |
| 7 | v. |
| 8 | STEVEN KILTY, an individual; FBN TRANSPORTATION, LLC, a Wisconsin Limited Liability Company; MARDAN TRANSPORTATION LLC, a Wisconsin Limited Liability Company; AMSTON SUPPLY, INC., a corporation; and DOES 1 to 10, inclusive, |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | Cross-Defendants. |
| 14 | |
| 15 | VICTOR VALLEY TRANSIT AUTHORITY, a government entity; DINORAH AGUILAR, an individual; TRANSDEV SERVICES, INC., a Maryland corporation; VEOLIA TRANSPORTATION SERVICES, INC., a corporation, |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | Third-Party Plaintiffs, |
| 21 | v. |
| 22 | THE UNITED STATES OF AMERICA; DOES 1 through 10, inclusive, |
| 23 | |
| 24 | Third-Party Defendants. |

Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
(702) 938-3838

Defendants Victor Valley Transit Authority (hereinafter "VVTA"), Transdev Services, Inc. and Veolia Transportation Services, Inc. (hereinafter collectively referred to as "Veolia"), and Dinorah Aguilar (all four parties together will be

1  referred to as the "Bus Defendants"), by and through their undersigned counsel,
2  hereby file their Notice of Non-Opposition to Plaintiffs' Motion to Extend Time for
3  Service of the Complaint on Mardan Transportation (Setting #1).

DATED this 26th day of August, 2015.

_____
David S. Kahn, Esq.
California Bar No. 148639
Marisa Rodriguez-Shapoval, Esq.
California Bar No. 302836
Weinberg, Wheeler, Hudgins,
  Gunn & Dial, LLC
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada  89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendants*
*Victor Valley Transit Authority; Transdev Services, Inc.; Veolia Transportation Services, Inc.; and Dinorah Aguilar*

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, and that on the 26th day of August, 2015, the foregoing **NOTICE OF NON-OPPOSITION** was served by e-service, in accordance with the Electronic Filing Procedures of the United States District Court.

Martin D. Gross, Esq.
Law Offices of Martin D. Gross
2001 Wilshire Boulevard, Suite 205
Santa Monica, CA  90403

Telephone: 310-453-8320
Facsimile: 310-861-1359

*Attorneys for Plaintiffs*
*Margaret Keiper and Dail Keiper, Jr.*

John S. Williamson, Esq.
Connie L. Benson, Esq.
Williamson Law Group
1851 East First St., Suite 1225
Santa Ana, CA  92705

Telephone: 657-229-7400
Facsimile: 657-229-7444

*Attorneys for Defendants*
*Steven Kilty; FBN Transportation, LLC and Amston Supply, Inc.*

/s/ Angela Christia
An employee of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
(702) 938-3838