UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARGARET KEIPER and DAIL KEIPER, JR., Individually and as the Successors-in-Interest to DAIL KEIPER, SR., Deceased,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>VICTOR VALLEY TRANSIT AUTHORITY, a Governmental entity; DINORAH AGUILAR; TRANSDEV SERVICES, INC., A Maryland Corporation; VEOLIA TRANSPORTATION SERVICES, INC., A Corporation; STEVEN KILTY; FBN TRANSPORTATION, LLC, a Wisconsin Limited Liability Company; MARDAN TRANSPORTATION LLC, a Wisconsin Limited Liability Company; AMSTON SUPPLY, INC., a Wisconsin Corporation; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants.<br><br>AND ALL RELATED ACTIONS | Case No. 5:15−cv−00703−BRO (SPx)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND TIME FOR SERVICE OF THE COMPLAINT ON DEFENDANT MARDAN TRANSPORTATION LLC<br><br>Judge:　Hon. Beverly Reid O'Connell<br>Date:　　August 31, 2015<br>Time:　　1:30 p.m.<br>Crtrm.:　14<br><br>Trial Date:　　None |

1  The Court, having read and considered Plaintiffs' Motion to Extend Time for
2  Service of the Complaint on Defendant Mardan Transportation, LLC, and with good
3  cause appearing, HEREBY ORDERS THAT Plaintiffs' Rule 4(m) deadline to serve
4  Defendant Mardan with the Summons, Complaint, and other related pleadings is
5  extended by 90-days, from July 2, 2015, to September 30, 2015.

7  **IT IS SO ORDERED.**

10 Dated: August 27, 2015

11 HON. BEVERLY REID O'CONNELL
   United States District Court Judge