David S. Kahn, Esq.
California Bar No. 148639
*dkahn@wwhgd.com*
Marisa Rodriguez-Shapoval, Esq.
California Bar No. 302836
*mrodriguez-shapoval@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada  89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendants*
*Victor Valley Transit Authority; Dinorah Aguilar;*
*Transdev Services, Inc., and; Veolia Transportation Services, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARGARET KEIPER and DAIL KEIPER, JR., Individually and as the Successors-in-Interest to DAIL KEIPER, SR., Deceased<br><br>Plaintiffs,<br><br>v.<br><br>VICTOR VALLEY TRANSIT AUTHORITY, a Government entity; DINORAH AGUILAR; TRANSDEV SERVICES, INC., A Maryland Corporation; VEOLIA TRANSPORTATION SERVICES, INC., A Corporation; STEVEN KILTY; FBN TRANSPORTATION, LLC, a Wisconsin Limited Liability Company; MARDAN TRANSPORTATION LLC, a Wisconsin Limited Liability Company; AMSTON SUPPLY, INC., a Wisconsin Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants | Case No. 5:15−cv−00703−BRO(SPx)<br><br><br><br><br><br><br>**PROOF OF SERVICE OF FIRST AMENDED THIRD-PARTY COMPLAINT ON THIRD-PARTY DEFENDANT UNITED STATES OF AMERICA** |

VICTOR VALLEY TRANSIT
AUTHORITY, a government entity;
DINORAH AGUILAR, an individual;
TRANSDEV SERVICES, INC., a
Maryland corporation; VEOLIA
TRANSPORTATION SERVICES,
INC., a corporation,

Cross-Claimants,

v.

STEVEN KILTY, an individual; FBN
TRANSPORTATION, LLC, a
Wisconsin Limited Liability Company;
MARDAN TRANSPORTATION LLC,
a Wisconsin Limited Liability Company;
AMSTON SUPPLY, INC., a
corporation; and DOES 1 to 10,
inclusive,

Cross-Defendants.

VICTOR VALLEY TRANSIT
AUTHORITY, a government entity;
DINORAH AGUILAR, an individual;
TRANSDEV SERVICES, INC., a
Maryland corporation; VEOLIA
TRANSPORTATION SERVICES,
INC., a corporation,

Third-Party Plaintiffs,

v.

THE UNITED STATES OF AMERICA;
DOES 1 through 10, inclusive,

Third-Party Defendants.

/ / /

/ / /

/ / /

Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
(702) 938-3838

Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
(702) 938-3838

**PROOF OF SERVICE OF FIRST AMENDED THIRD-PARTY COMPLAINT**

**ON THIRD-PARTY DEFENDANT UNITED STATES OF AMERICA**

I hereby certify that on the 24th day of August, 2015, a true and correct copy of the following documents:

**1. SUMMONS; and**

**2. FIRST AMENDED THIRD-PARTY COMPLAINT**

were served on Third-Party Defendants, United States of America, by mailing copies of the above-listed documents, certified mail return receipt, postage prepaid to the following address:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

An employee of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

Angela L. Christian



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

AUG 18 2015

Sent To: Attorney General of the U.S.
U.S. Department of Justice
Street, Apt. No; or PO Box No. 950 Pennsylvania Ave., NW
City, State, ZIP+4 Washington, DC 20530-0001

7012 3460 0001 6556 2545

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

9590 9401 0046 5071 1435 03

2. Article Number (Transfer from service label)

7012 3460 0001 6556 2545

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

AUG 2 4 2015

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Rec'd
8/28/15

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| Margaret Keiper and Dail Keiper, Jr., Individually and as the Successors-in-Interest to Dail Keiper, Sr., Deceased | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 5:15-cv-00703-BRO(SPx) |
| v. | ) ) | |
| Victor Valley Transit Authority, a Government entity; [see attached for complete caption] | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION
### On First Amended Third-Party Complaint

To: *(Defendant's name and address)* United States of America
c/o The Chief, Litigation Division
Department of the Army
HQDA(DAJA-LT)
901 N. Stuart Street
Arlington, VA 22203-1837

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David S. Kahn, Esq. / Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
6385 S. Rainbow Blvd., Ste. 400
Las Vegas, NV 89101
dkahn@wwhgd.com
702-938-3838

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: August 4, 2015

/s/   *J. Lam*

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  5:15-cv-00703-BRO(SPx)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*

on *(date)*                          ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                   , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                  , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                       ; or

☐ I returned the summons unexecuted because                                      ; or

☐ Other *(specify)*:



My fees are $                for travel and $              for services, for a total of $     0.00        .

I declare under penalty of perjury that this information is true.


Date:

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

David S. Kahn, Esq.
California Bar No. 148639
*dkahn@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendants*
*Victor Valley Transit Authority; Transdev Services, Inc.;*
*Veolia Transportation Services, Inc.; and Dinorah Aguilar*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET KEIPER and DAIL KEIPER, JR., Individually and as the Successors-in-Interest to DAIL KEIPER, SR., Deceased<br><br>Plaintiffs,<br><br>v.<br><br>VICTOR VALLEY TRANSIT AUTHORITY, a Government entity; DINORAH AGUILAR; TRANSDEV SERVICES, INC., A Maryland Corporation; VEOLIA TRANSPORTATION SERVICES, INC., A Corporation; STEVEN KILTY; FBN TRANSPORTATION, LLC, a Wisconsin Limited Liability Company; MARDAN TRANSPORTATION LLC, a Wisconsin Limited Liability Company; AMSTON SUPPLY, INC., a Wisconsin Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants | Case No. 5:15-cv-00703-BRO(SPx) |

Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
(702) 938-3838

Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
(702) 938-3838

1   VICTOR   VALLEY   TRANSIT
    AUTHORITY, a government entity;
2   DINORAH AGUILAR, an individual;
    TRANSDEV   SERVICES,   INC.,   a
3   Maryland   corporation;   VEOLIA
    TRANSPORTATION   SERVICES,
4   INC., a corporation,

5              Third-Party Plaintiffs,

6       v.

7   UNITED   STATES   OF   AMERICA;
8   DOES 1 through 10, inclusive,

9              Third-Party Defendants.

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28