| Attorney or Party without Attorney: <br> DAVID S. KAHN, ESQ. #148639 <br> WEINBERG, WHEELER, HUDGINS, GUNN & DIAL <br> 6385 S. RAINBOW BLVD., STE. 400 <br> LAS VEGAS, NV 89118 <br> Telephone No: (702) 938-3838     FAX No: (702) 938-3864 <br> Attorney for: Defendant | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Central District Of California | | | | |
| Plaintiff: MARGARET KEIPER | | | | |
| Defendant: VICTOR VALLEY TRANSIT AUTHORITY | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 5:15-CV-00703-BRO(SPx) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION ON FIRST AMENDED THIRD PARTY COMPLAINT; AMENDED THIRD PARTY COMPLAINT

3. a. Party served:        UNITED STATES OF AMERICA C/o THE CHIEF, LITIGATION DIVISION
                            DEPARTMENT OF THE ARMY
   b. Person served:       GENOVEVE ORTEGA, CLERK  AUTHORIZED TO ACCEPT SERVICE

4. Address where the party was served:   300 N. LOS ANGELES ST.
                                         LOS ANGELES, CA 90012

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Aug. 14, 2015 (2) at: 11:47AM

7. *Person Who Served Papers:*
   a. DOUG FORREST

   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone    (213) 250-9111
   Fax          (213) 250-1197
   www.firstlegalnetwork.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:  5141
      (iii) County:           Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Sun, Aug. 23, 2015

                                                              (DOUG FORREST)
                                                              8769509 .weinlv.724666

Judicial Council Form                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| Margaret Keiper and Dail Keiper, Jr., Individually and as the Successors-in-Interest to Dail Keiper, Sr., Deceased <br><br> *Plaintiff(s)* <br> v. <br> Victor Valley Transit Authority, a Government entity; [see attached for complete caption] <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 5:15-cv-00703-BRO(SPx) |

## SUMMONS IN A CIVIL ACTION
### On First Amended Third-Party Complaint

To: *(Defendant's name and address)* United States of America
c/o The Chief, Litigation Division
Department of the Army
HQDA(DAJA-LT)
901 N. Stuart Street
Arlington, VA 22203-1837

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David S. Kahn, Esq. / Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
6385 S. Rainbow Blvd., Ste. 400
Las Vegas, NV 89101
dkahn@wwhgd.com
702-938-3838

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: August 4, 2015            /s/  J. Lam
                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:15-cv-00703-BRO(SPx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

David S. Kahn, Esq.
California Bar No. 148639
dkahn@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendants*
*Victor Valley Transit Authority; Transdev Services, Inc.;*
*Veolia Transportation Services, Inc.; and Dinorah Aguilar*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET KEIPER and DAIL KEIPER, JR., Individually and as the Successors-in-Interest to DAIL KEIPER, SR., Deceased<br><br>Plaintiffs,<br><br>v.<br><br>VICTOR VALLEY TRANSIT AUTHORITY, a Government entity; DINORAH AGUILAR; TRANSDEV SERVICES, INC., A Maryland Corporation; VEOLIA TRANSPORTATION SERVICES, INC., A Corporation; STEVEN KILTY; FBN TRANSPORTATION, LLC, a Wisconsin Limited Liability Company; MARDAN TRANSPORTATION LLC, a Wisconsin Limited Liability Company; AMSTON SUPPLY, INC., a Wisconsin Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants | Case No. 5:15-cv-00703-BRO(SPx) |

| | |
|---|---|
| 1<br>2<br>3<br>4 | VICTOR VALLEY TRANSIT AUTHORITY, a government entity; DINORAH AGUILAR, an individual; TRANSDEV SERVICES, INC., a Maryland corporation; VEOLIA TRANSPORTATION SERVICES, INC., a corporation, |
| 5 | Third-Party Plaintiffs, |
| 6<br>7 | v. |
| 8 | UNITED STATES OF AMERICA; DOES 1 through 10, inclusive, |
| 9<br>10 | Third-Party Defendants. |