UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:15–cv–00703–BRO–SP | Date | 9/14/2015 |
| Title | MARGARET KEIPER ET AL V. VICTOR VALLEY TRANSIT AUTHORITY ET AL | | |

Present :   The Honorable **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Myra Ponce | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Martin D. Gross                                      David Steven Kahn
                                                              John S. Williamson, III


**Proceedings:**     SCHEDULING CONFERENCE (Held and Completed)

Matter called. Counsel states their appearances for the record.

Court and counsel confer. Court conducts Scheduling Conference. Counsel are reminded to fully comply with Federal Rules of Civil Procedure, Rule 26(a).

Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule 16–14 is  Private Mediation  .

The Court orders that any settlement discussions shall be completed no later than  April 25, 2016  . Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.

Civil Jury Trial Order to follow.


IT IS SO ORDERED.

                                                                                                      :11
                                                                          Initials of Preparer:  rfi