
LORETTA E. LYNCH
Attorney General of the United States
LAURA E. DUFFY
United States Attorney
GLEN F. DORGAN
Special Attorney to the Attorney General
California Bar No. 160502
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101
Tel: (619) 546-7665  Fax:  (619) 546-7751
Email:  glen.dorgan@usdoj.gov

Attorneys for the Third-Party Defendant United States of America

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARGARET KEIPER, *et al.*, | CASE NO. 5:15-cv-00703-BRO-SP |
|---|---|
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE OF GLEN DORGAN ON BEHALF OF THIRD-PARTY DEFENDANT UNITED STATES** |
| VICTOR VALLEY TRANSIT AUTHORITY, *et al.*, | |
| Defendants. | |
| VICTOR VALLEY TRANSIT AUTHORITY, *et al.*, | |
| Third-Party Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Third-Party Defendant. | |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD**:

I, the undersigned attorney, enter my appearance as associate counsel in the above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

*Notice of Appearance*

1

| | |
|---|---|
| 1 | DATED: October 8, 2015 |
| 2 | Respectfully submitted, |
| 3 | LORRETTA E. LYNCH<br>Attorney General of the United States |
| 4 | LAURA E. DUFFY<br>United States Attorney |
| 6 | By  *s/ Glen F. Dorgan*<br>GLEN F. DORGAN<br>Special Attorney to the Attorney General |
| 7 | Attorneys for the United States |

*Notice of Appearance*