1  LORETTA E. LYNCH
   Attorney General of the United States
2  LAURA E. DUFFY
   United States Attorney
3  GLEN F. DORGAN
   Special Attorney to the Attorney General
4  California Bar No. 160502
   Office of the U.S. Attorney
5  880 Front Street, Room 6293
6  San Diego, California 92101
   Tel: (619) 546-7665  Fax:  (619) 546-7751
7  Email:  glen.dorgan@usdoj.gov

8  Attorneys for the Third-Party Defendant United States of America

9

10              IN THE UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

13  MARGARET KEIPER, *et al.*,                CASE NO. 5:15-cv-00703-BRO-SP

14              Plaintiffs,                   **JOINT *EX PARTE* MOTION FOR
                                              ORDER EXTENDING TIME FOR
15  v.                                        THIRD-PARTY DEFENDANT TO
                                              ANSWER OR OTHERWISE PLEAD
16  VICTOR VALLEY TRANSIT                     TO THIRD-PARTY COMPLAINT;
    AUTHORITY, *et al.*,                      DECLARATION OF GLEN F.
17                                            DORGAN RE: LOCAL RULE 7-19.1**
18              Defendants.
                                              [FRCP 6(b); Local Rule 7-19; Civil
19  VICTOR VALLEY TRANSIT                     Chambers Rules 6-7]
    AUTHORITY, *et al.*,
20                                            Hon. Beverly Reid O'Connell
21              Third-Party Plaintiffs,

22  v.

23  UNITED STATES OF AMERICA,

24              Third-Party Defendant.

25

26  ///

27  ///

28  ///

Third-Party Defendant the UNITED STATES OF AMERICA ("the United States") and Third-Party Plaintiffs VICTOR VALLEY TRANSIT AUTHORITY, DINORAH AGUILAR, TRANSDEV SERVICES, INC., and VEOLIA TRANSPORTATION SERVICES, INC. ("Third-Party Plaintiffs"), by and through their attorneys of record, jointly move for an order extending the time, through and including **November 30, 2015**, in which the United States may answer or file a responsive pleading to the Third-Party Plaintiffs' Third-Party Complaint. The parties respectfully submit that good cause exists for the requested relief based on the following:

1.      Federal Rule of Civil Procedure 6(b)(1) provides discretionary authority to enlarge time "with or without motion or notice." Authority to enlarge time naturally encompasses the power to designate the proper time for response to a complaint.

2.      Third-Party Plaintiffs filed their Amended Third Party Complaint on or about July 28, 2015, and named the United States as a Third-Party Defendant on various claims, including indemnity and contribution, arising out of a traffic collision that occurred on a by-pass road adjacent to the Fort Irwin National Training Center. The United States' responsive pleading is presently due on or about October 13, 2015.

3.      The parties have agreed to an extended deadline of November 30, 2015, based, in part, on the scheduling order issued in a related matter. The instant case (Case No. 15-cv-00703) is related to two other cases, *Chestnut* (Case No. 15-cv-00762) and *Aguilar* (Case No. 15-cv-01481) (collectively "the Related Cases").[1] An unopposed motion to consolidate the Related Cases is presently on calendar for October 19, 2015. Pending the resolution of the motion to consolidate, each of the cases is subject to separate scheduling orders. The United States is evaluating whether to file a motion to dismiss the Third-Party Complaints in the Related Cases. In reviewing the scheduling orders, the earliest deadline for filing a motion to dismiss was set by Minute Order [Doc. # 34] in

---

[1] The United States is concurrently filing an identical Joint Motion for Extension to Respond to Complaint in *Chestnut* and *Aguilar*.

1    *Aguilar*, and the Order requires that all motions to dismiss "be filed to be heard on or

2    before December 28, 2015." Because Local Rule 6-1 requires 28 days' notice for all

3    motions, the last date for filing a motion to dismiss in *Aguilar* is November 30, 2015.

4          4.     The United States' counsel has not yet completed its investigation, is not yet

5    in receipt of all of the documentation from the federal agency involved, and requires

6    additional time to evaluate and prepare a motion to dismiss, if warranted. Accordingly, the

7    parties jointly request that the Court extend the time in which the United States may

8    answer or file a responsive pleading through and including **November 30, 2015**.

9          5.     The United States has not previously requested an extension of time in this

10    matter, and the parties do not anticipate that the short proposed extension will cause any

11    undue delay or prejudice to any party.

12    Date: October 9, 2015                 Respectfully submitted,

13                                           LORRETTA E. LYNCH, Attorney General

14                                           LAURA E. DUFFY, United States Attorney

15                                           By   *s/ Glen F. Dorgan*
                                          GLEN F. DORGAN

16                                           Special Attorney to the Attorney General
                                          Attorneys for the United States

17    Date: October 9, 2015                 Respectfully submitted,

18                                           WEINBERG, WHEELER, HUDGINS

19                                           GUNN & DIAL, LLC

20                                           By   *s/ David S. Kahn*
                                          DAVID S. KAHN

21                                           Attorneys for Third-Party Plaintiffs

22       Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that the content of this document is

23    acceptable to counsel for the Third-Party Plaintiffs and that I have obtained authorization

24    from David S. Kahn to affix his signature to this document.

25    Date: October 9, 2015

26                                           By   *s/ Glen F. Dorgan*
                                          GLEN F. DORGAN

27                                           Special Attorney to the Attorney General
                                          Attorneys for the United States

28

**<u>DECLARATION OF GLEN F. DORGAN RE: LOCAL RULE 7-19.1</u>**

I, Glen F. Dorgan, declare as follows:

1.      I am an Assistant United States Attorney and counsel for Third-Party Defendant, the United States of America, in the above-captioned matter.  I have personal knowledge of the following facts and, if called as a witness, could and would competently testify thereto.

2.      I have conferred with the attorneys who have appeared in the Related Cases and have advised them of the date and substance of this joint *ex parte* motion.  In addition to David S. Kahn, counsel for the Third-Party Plaintiffs, who is a signatory to this motion, the following attorneys have advised that they have no objection to the requested relief:

| **Plaintiffs' Counsel** | **Defense Counsel** |
|---|---|
| Martin D. Gross  **[Case 15-cv-00703]**<br>Law Offices of Martin D. Gross<br>2001 Wilshire Boulevard, Ste. 205<br>Santa Monica, CA  90403<br>(310) 453-8320<br>martin@lawgross.com<br>Counsel for Margaret Keiper and Dail Keiper, Jr., individually and as successors-in-interest to Dail Keiper, Sr., deceased | John  S. Williamson **[Cases 15-cv-00703, 15-cv-00762, and 15-cv-01481]**<br>Williamson Law Group<br>1851 East First St., Ste. 1225<br>Santa Ana, CA  92705<br>(657) 229-7400<br>jwilliamson@williamsonlawgroup.net<br>Counsel for Defendants Steven Kilty and FBN Transportation, LLC |
| Douglas F. Welebir **[Case 15-cv-00762]**<br>Welebir Tierney & Weck<br>2068 Orange Tree Lane, Ste. 215<br>Redlands, CA  92374<br>(909) 335-0444<br>dfw@wtw-law.com<br>Counsel for Michael Chestnut, Misiona Tusieseina, and Pedro Miranda | |
| Kevin L. Elder  **[Case 15-cv-01481]**<br>Penney & Associates<br>6536 Lonetree Blvd.<br>Rocklin, CA  95765<br>(916) 786-7662<br>kelder@penneylawyer.com<br>Counsel for Jesus Aguilar, Naiomi Bridgette, Jermaine Ratliff, a minor, by and through his Guardian Ad Litem, Naiomi Bridgette | |

1    I declare under penalty of perjury under the laws of the United States of America
2    that the foregoing is true and correct.
3    Executed this 9th day of October, 2015, at San Diego, California.

4

5                                           s/ *Glen F. Dorgan*
                                          GLEN F. DORGAN

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28