John S. Williamson, Bar No. 106485
jwilliamson@williamsonlawgroup.net
Connie L. Benson, Bar No. 185680
cbenson@williamsonlawgroup.net
WILLIAMSON LAW GROUP
1851 East First St., Suite 1225
Santa Ana, CA 92705
(657) 229-7400/FAX: (657) 229-7444

Attorneys for Defendants, STEVEN KILTY; FBN TRANSPORTATION, LLC; AMSTON SUPPLY, INC.; MARDAN TRANSPORTATION, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MARGARET KEIPER and DAIL KEIPER, JR., Individually and as the Successors-in-Interest to DAIL KEIPER, SR., Deceased,

Plaintiffs,

vs.

VICTOR VALLEY TRANSIT AUTHORITY, a Governmental entity; DINORAH AGUILAR; TRANSDEV SERVICES, INC., a Maryland Corporation; VEOLIA TRANSPORTATION SERVICES, INC., A Corporation; STEVEN KILTY; FBN TRANSPORTATION, LLC, a Wisconsin Limited Liability Company; MARDAN TRANSPORTATION LLC, a Wisconsin Limited Liability Company; AMSTON SUPPLY, INC., a Wisconsin Corporation; and DOES 1 to 100, inclusive,

Defendants.

CASE NO. 5:15-CV-00703-BRO(SPx)

**ANSWER OF DEFENDANT, MARDAN TRANSPORTATION, LLC, TO PLAINTIFFS' COMPLAINT; DEMAND FOR JURY TRIAL**

Defendant, MARDAN TRANSPORTATION LLC "(MARDAN"), for itself alone, answers the Complaint of Plaintiffs, by admitting, denying, and alleging as follows:

1. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

2. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

3. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

4. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

5. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

6. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

7. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

8. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

9. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

10. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

11. Defendant MARDAN admits that MARDAN is a Wisconsin limited liability company. Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in this paragraph.

12. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

13. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the remaining allegations contained in this paragraph.

14. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the remaining allegations contained in this paragraph.

15. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the remaining allegations contained in this paragraph.

16. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the remaining allegations contained in this paragraph.

17. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the remaining allegations contained in this paragraph.

18. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the remaining allegations contained in this paragraph.

19. Defendant MARDAN admits that it was the owner of the tractor involved in this loss.

20. Defendant MARDAN admits that Defendant AMSTON SUPPLY, INC. was the owner of the trailer involved in this loss.

21. Defendant MARDAN denies the allegations contained in this paragraph.

22. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

23. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

24. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph

25. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

26. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

///

27. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

28. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

29. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

30. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

31. Defendant MARDAN denies the allegations contained in this paragraph.

32. Defendant MARDAN incorporates by this reference, its responses to Paragraph Nos. 1 through 31 as though fully set forth herein.

33. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

34. Admit.

35. Defendant MARDAN denies the allegations contained in this paragraph.

36. Defendant MARDAN denies the allegations contained in this paragraph.

37. Defendant MARDAN denies that it was negligent or careless. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the remaining allegations contained in this paragraph.

38. Defendant MARDAN denies the allegations contained in this paragraph.

39. Defendant MARDAN denies the allegations contained in this paragraph.

40. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

41. Defendant MARDAN denies the allegations contained in this paragraph.

42. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

43. Defendant MARDAN denies the allegations contained in this paragraph.

///

44. Defendant MARDAN incorporates by this reference, its responses to Paragraph Nos. 1 through 43 as though fully set forth herein.

45. Admit.

46. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

47. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

48. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

49. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

50. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

51. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

52. Defendant MARDAN incorporates by this reference, its responses to Paragraph Nos. 1 through -51 as though fully set forth herein.

53. Defendant MARDAN denies the allegations contained in this paragraph.

54. Defendant MARDAN denies the allegations contained in this paragraph.

55. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

56. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph..

57. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

58. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

///

59. Defendant MARDAN is without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

## AFFIRMATIVE DEFENSES

60. Plaintiffs' Complaint fails to set forth facts sufficient to constitute a cause of action against Defendant MARDAN.

61. Plaintiffs' Complaint fails to set forth facts sufficient to establish an award for punitive damages against Defendant MARDAN.

62. That the resulting injuries and death from this loss, if any, were proximately caused and contributed to by the negligence of Plaintiffs' decedent in that he so negligently failed to exercise due care and caution for his own safety.

63. That Plaintiffs are barred from recovery against Defendant MARDAN and that any damages proven to have been sustained by the Plaintiffs herein, would be the direct and proximate result of the independent negligence and unlawful conduct of independent third parties whether named or not named, or their agents, and not any act or omission on the part of Defendant MARDAN.

64. Under and pursuant to the terms of California *Civil Code* Section 1413.1 through 1413.5, Plaintiffs are precluded from recovery against these responding Defendants for any non-economic damages except those allocated to Defendant MARDAN in direct proportion to its fault, if any such fault or damages there be.

## GRAVES AMENDMENT

65. The liability of MARDAN is limited and pre-empted under the so-called Graves Amendment as a lessor of vehicles engaged in interstate commerce. 49 U.S.C. 30106, et seq.

///

///

///

///

///

WHEREFORE, Defendant MARDAN prays that Plaintiffs' claims be denied in their entirety and that Defendant MARDAN be awarded court costs and such other and further relief as the Court may deem appropriate.

DATED: October 15, 2015

Respectfully submitted,

WILLIAMSON LAW GROUP

By: */s/ John S. Williamson*
John S. Williamson
*jwilliamson@williamsonlawgroup.net*

Attorneys for Defendants,
STEVE KILTY; AMSTON SUPPLY, INC., FBN TRANSPORTATION, LLC; MARDAN TRANSPORTATION, LLC

## DEMAND FOR JURY

DEMAND IS HEREBY MADE by Defendant, MARDAN TRANSPORTATION, LLC, that the above-captioned action be tried by a jury.

DATED: October 15, 2015

Respectfully submitted,

WILLIAMSON LAW GROUP

By: */s/ John S. Williamson*
John S. Williamson
*jwilliamson@williamsonlawgroup.net*

Attorneys for Defendants,
STEVE KILTY; AMSTON SUPPLY, INC., FBN TRANSPORTATION, LLC; MARDAN TRANSPORTATION, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on 10/15/15, I electronically transmitted the following document(s) to the Clerk's Office using the CM-ECF System for filing and transmittal of Notice of Electronic filing to the following CM-ECF registrants:

**DOCUMENT(S) SERVED:**
ANSWER OF DEFENDANT, MARDAN TRANSPORTATION, LLC, TO PLAINTIFFS' COMPLAINT; DEMAND FOR JURY TRIAL

**PARTIES SERVED:**
Martin D. Gross
Martin@lawgross.com
LAW OFFICES OF MARTIN D. GROSS
2001 Wilshire Blvd., Suite 205
Santa Monica, CA 90403
(310) 453-8320/FAX: (310) 861-1359
**ATTORNEYS FOR PLAINTIFFS, MARGARET KIEPER AND DAIL KIEPER, JR., INDIVIDUALLY AND AS THE SUCCESSORS-IN-INTEREST TO DAIL KEIPER, SR., DECEASED**

David S. Kahn
dkahn@wwhgd.com
Marisa Rodriguez-Shapoval
mrodriguez-shapoval@wwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118
(702) 938-3838 / (702) 938-3864
**ATTORNEYS FOR DEFENDANTS, VICTOR VALLEY TRANSIT AUTHORITY, TRANSDEV SERVICES, INC., VEOLIA TRANSPORTATION SERVICES, INC., DINORAH AGUILAR**

///

///

///

///

///

Glen F. Dorgan
Special Attorney to the Attorney General
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, Ca 92101
(619) 546-7665 / (619) 546-7751
Glen.dorgan@usdoj.gov
**ATTORNEYS FOR THIRD-PARTY DEFENDANT UNITED STATES OF AMERICA**

*/s/ Brenda Rowland*
Brenda Rowland