1 | John S. Williamson, Bar No. 106485
2 | jwilliamson@williamsonlawgroup.net
  | Connie L. Benson, Bar No. 185680
3 | cbenson@williamsonlawgroup.net
  | WILLIAMSON LAW GROUP
4 | 1851 East First St., Suite 1225
  | Santa Ana, CA 92705
5 | (657) 229-7400/FAX: (657) 229-7444
6 |
  | Attorneys for Defendants, STEVEN KILTY; FBN TRANSPORTATION, LLC; AMSTON
7 | SUPPLY, INC.; MARDAN TRANSPORTATION, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET KEIPER and DAIL KEIPER, JR., Individually and as the Successors-in-Interest to DAIL KEIPER, SR., Deceased,<br><br>          Plaintiffs,<br><br>v.<br><br>VICTOR VALLEY TRANSIT AUTHORITY, a Governmental entity; DINORAH AGUILAR; TRANSDEV SERVICES, INC., a Maryland Corporation; VEOLIA TRANSPORTATION SERVICES, INC., A Corporation; STEVEN KILTY; FBN TRANSPORTATION, LLC, a Wisconsin Limited Liability Company; MARDAN TRANSPORTATION LLC, a Wisconsin Limited Liability Company; AMSTON SUPPLY, INC., a Wisconsin Corporation; and DOES 1 to 100, inclusive,<br><br>          Defendants. | CASE NO. 5:15-CV-00703-BRO(SPx)<br><br>**ANSWER OF CROSS-DEFENDANTS, AMSTON SUPPLY, INC. and MARDAN TRANSPORTATION, LLC, TO CROSS-CLAIM OF VICTOR VALLEY TRANSIT AUTHORITY, DINORAH AGUILAR, TRANSDEV SERVICES, INC. AND VEOLIA TRANSPORTATION SERVICES, INC., PRESENTING DEFENSES UNDER RULE 12(b); DEMAND FOR JURY TRIAL** |

VICTOR VALLEY TRANSIT AUTHORITY, a government entity; DINORAH AGUILAR, an individual; TRANSDEV SERVICES, INC., a Maryland corporation; VEOLIA TRANSPORTATION SERVICES, INC., a corporation,

     Cross-Claimants,

v.

STEVEN KILTY, an individual; FBN TRANSPORTATION, LLC, a Wisconsin Limited Liability Company; MARDAN TRANSPORTATION LLC, a Wisconsin Limited Liability Company; AMSTON SUPPLY, INC., a corporation; and DOES 1 to 10, inclusive,

     Cross-Defendants.

Cross-Defendants, AMSTON SUPPLY, INC. and MARDAN TRANSPORTATION, LLC, (hereinafter "Cross-Defendants"), for themselves alone, answer the Cross-Claim of Cross-Claimants, VICTOR VALLEY TRANSIT AUTHORITY, DINORAH AGUILAR, TRANSDEV SERVICES, INC. and VEOLIA TRANSPORTATION SERVICES, INC. (hereinafter "Cross-Claimants"), by admitting, denying, and alleging as follows:

### FIRST CLAIM FOR RELIEF – EQUITABLE INDEMNITY

1. Cross-Defendants are without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

2. Cross-Defendants are without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

3. Cross-Defendants are without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

4. Cross-Defendants are without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

5. Cross-Defendants are without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

6. Cross-Defendants are without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

7. Cross-Defendants are without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

8. Admit.

9. Admit.

10. Cross-Defendants are without sufficient information as to the truthfulness of this paragraph and on that basis deny the allegations therein.

11. Cross-Defendants admit that Kilty was acting under the motor carrier authority of FBN. Cross-Defendants deny an agency relationship between Cross-Defendants MARDAN or AMSTON existed.

12. Admit.

13. Admit.

14. Admit.

15. Cross-Defendants are without sufficient knowledge or information to either admit or deny the allegations contained in this paragraph.

16. Admit.

17. Deny.

18. Deny.

19. Deny.

### SECOND CLAIM FOR RELIEF - CONTRIBUTION

20. Cross-Defendants incorporate as though fully set forth, the responses to Paragraphs 1 through 21 as though fully set forth herein.

21. Deny.

3

## AFFIRMATIVE DEFENSES

### Failure to State a Cause of Action

22. The Cross-Claim fails to state facts sufficient to constitute a cause of action.

### Comparative Fault

23. That the accident and resulting injuries and damages, if any, alleged by the Cross-Claim were proximately caused and contributed in some degree, by the negligence and carelessness of the Cross-Claimants, in that they so negligently failed to exercise ordinary care and caution for their own safety, so as to cause said action.

### Fault of Others

24. That Cross-Claimants are barred from any recovery herein as to these answering Cross-Defendants and that any damages proven to have been sustained by the Cross-Claimants herein, would be the direct and proximate result of the independent negligence and unlawful conduct of independent third parties whether named or not named, or their agents, and not any act or omission on the part of these answering Cross-Defendants.

### Proposition 51

25. Under and pursuant to the terms of *Civil Code*, Section 1431.1 through 1431.5, the Cross-Claimants are barred and precluded from recovery against these answering Cross-Defendants for any non-economic damages except those allocated to these Cross-Defendants in direct proportion to its percentage of fault, if any such fault, or damages there be.

### Graves Amendment

26. The liability of MARDAN and AMSTON is limited and pre-empted under the so-called Graves Amendment as a lessor of vehicles engaged in interstate commerce. 49 U.S.C. 30106, et seq.

WHEREFORE, Cross-Defendants, AMSTON SUPPLY, INC. and MARDAN TRANSPORTATION, LLC, pray as follows:

1. That Cross-Claimants take nothing by virtue of their Cross-Claim on file herein, or any cause of action contained therein;

2. For judgment and costs of suit incurred herein;

3. For other and further relief as the Court deems proper and just.

DATED: October 15, 2015          Respectfully submitted,

WILLIAMSON LAW GROUP

By: */s/ John S. Williamson*
John S. Williamson
*jwilliamson@williamsonlawgroup.net*

Attorneys for Defendants,
STEVE KILTY; FBN TRANSPORTATION, LLC; AMSTON SUPPLY, INC.; MARDAN TRANSPORTATION, LLC

## DEMAND FOR JURY

DEMAND IS HEREBY MADE by Cross-Defendants, AMSTON SUPPLY, INC. and MARDAN TRANSPORTATION, LLC, that the above-captioned action be tried by a jury.

DATED: October 15, 2015            Respectfully submitted,

WILLIAMSON LAW GROUP

By: */s/ John S. Williamson*
John S. Williamson
*jwilliamson@williamsonlawgroup.net*

Attorneys for Defendants,
STEVE KILTY; FBN
TRANSPORTATION, LLC;
AMSTON SUPPLY, INC.;
MARDAN TRANSPORTATION, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on 10/15/15, I electronically transmitted the following document(s) to the Clerk's Office using the CM-ECF System for filing and transmittal of Notice of Electronic filing to the following CM-ECF registrants:

**DOCUMENT(S) SERVED:**
**ANSWER OF CROSS-DEFENDANTS, AMSTON SUPPLY, INC. and MARDAN TRANSPORTATION, LLC, TO CROSS-CLAIM OF VICTOR VALLEY TRANSIT AUTHORITY, DINORAH AGUILAR, TRANSDEV SERVICES, INC. AND VEOLIA TRANSPORTATION SERVICES, INC., PRESENTING DEFENSES UNDER RULE 12(b);**

**DEMAND FOR JURY TRIAL**

**PARTIES SERVED:**
Martin D. Gross
Martin@lawgross.com
LAW OFFICES OF MARTIN D. GROSS
2001 Wilshire Blvd., Suite 205
Santa Monica, CA 90403
(310) 453-8320/FAX: (310) 861-1359
**ATTORNEYS FOR PLAINTIFFS, MARGARET KIEPER AND DAIL KIEPER, JR., INDIVIDUALLY AND AS THE SUCCESSORS-IN-INTEREST TO DAIL KEIPER, SR., DECEASED**

David S. Kahn
dkahn@wwhgd.com
Marisa Rodriguez-Shapoval
mrodriguez-shapoval@wwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Los Vegas, NV  89118
(702) 938-3838 / (702) 938-3864
**ATTORNEYS FOR DEFENDANTS, VICTOR VALLEY TRANSIT AUTHORITY, TRANSDEV SERVICES, INC., VEOLIA TRANSPORTATION SERVICES, INC., DINORAH AGUILAR**

///

///

7

1  Glen F. Dorgan
   Special Attorney to the Attorney General
2  Office of the U.S. Attorney
3  880 Front Street, Room 6293
   San Diego, Ca 92101
4  (619) 546-7665 / (619) 546-7751
5  Glen.dorgan@usdoj.gov
   **ATTORNEYS FOR THIRD-PARTY DEFENDANT UNITED STATES OF**
6  **AMERICA**

                              */s/ Brenda Rowland*
                                BRENDA ROWLAND

8