Marisa Rodriguez-Shapoval, Esq.
California Bar No. 302836
mrodriguez-shapoval@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendants
Victor Valley Transit Authority;
Dinorah Aguilar; Transdev Services, Inc.,
and; Veolia Transportation Services, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET KEIPER and DAIL KEIPER, JR., Individually and as the Successors-in-Interest to DAIL KEIPER, SR., Deceased<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>VICTOR VALLEY TRANSIT AUTHORITY, a Government entity; DINORAH AGUILAR; TRANSDEV SERVICES, INC., A Maryland Corporation; VEOLIA TRANSPORTATION SERVICES, INC., A Corporation; STEVEN KILTY; FBN TRANSPORTATION, LLC, a Wisconsin Limited Liability Company; MARDAN TRANSPORTATION LLC, a Wisconsin Limited Liability Company; AMSTON SUPPLY, INC., a Wisconsin Corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. 5:15-cv-00703-BRO(SPx)<br><br>Judge Assigned: Beverly Reid O'Connell<br><br><br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |
| AND ALL REALTED ACTIONS | |

Page 1 of 3

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Attorney **David S. Kahn, Esq.** is hereby withdrawing as counsel of record for Defendants/Third-Party Plaintiffs/Cross-Claimants/Cross-Defendants Victor Valley Transit Authority; Dinorah Aguilar; Transdev Services, Inc.; and Veolia Transportation Services, Inc. At least one member of the law firm Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC will continue to represent these parties and Mr. Kahn is not the only member of the Bar of this Court representing these parties.

I respectfully request that the Clerk remove **David S. Kahn, Esq.** from the docket of this case.

Dated this 15th day of October, 2015.

        WEINBERG, WHEELER, HUDGINS,
        GUNN & DIAL, LLC

        _____
        Marisa Rodriguez-Shapoval, Esq.
        California Bar No. 302836
        6385 South Rainbow Blvd., Suite 400
        Las Vegas, Nevada 89118

        *Attorneys for Defendants Victor Valley Transit Authority; Dinorah Aguilar; Transdev Services, Inc., and; Veolia Transportation Services, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, and that on the 16th day of October, 2015, the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** was served by e-service, in accordance with the Electronic Filing Procedures of the United States District Court:

Martin D. Gross, Esq.
Law Offices of Martin D. Gross
2001 Wilshire Boulevard, Suite 205
Santa Monica, CA 90403

Telephone: 310-453-8320
Facsimile: 310-861-1359

*Attorneys for Plaintiffs Margaret Keiper and Dail Keiper, Jr.*

Edward R. Leonard
Daniel E. Kenney
HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 West Seventh Street, 29th Floor
Los Angeles, CA 90017
Telephone: (213) 489-3222
Facsimile: (213) 623-7929

*Attorneys for Defendant Amston Supply, Inc.*

John S. Williamson, Esq.
Williamson Law Group
Xerox Centre
1851 East 1st Street, Suite 1225
Santa Ana, CA 92705

Telephone: 657-229-7400
Facsimile: 657-229-74444

*Attorneys for Defendants Steven Kilty; FBN Transportation, LLC; and Amston Supply, Inc.*

Loretta E. Lynch
Laura E. Duffy
Glen F. Dorgan
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101

Telephone: 619-546-7665
Facsimile: 619-546-7751

*Attorneys for the Third-Party Defendant United States of America*

_____
An employee of WEINBERG, WHEELER, HUDGINS GUNN & DIAL, LLC