# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | **EDCV 15-00703-BRO (SPx);** **EDCV 15-00762-BRO (SPx);** **EDCV 15-01481-BRO (SPx)** | Date | October 16, 2015 |
|---|---|---|---|
| Title | **MARGARET KEIPER, ET AL. V. VICTOR VALLEY TRANSIT AUTHORITY, ET AL.;** **MICHAEL CHESTNUT, ET AL. V. VICTOR VALLEY TRANSIT AUTHORITY, ET AL.;** **JESUS AGUILAR, ET AL. V. VICTOR VALLEY TRANSIT AUTHORITY, ET AL.** | | |

Present: The Honorable   **BEVERLY REID O'CONNELL, United States District Judge**

| Cheryl Wynn | Not Present | N/A |
|---|---|---|
| Relief Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      (IN CHAMBERS)

## ORDER CONSOLIDATING CASES

Before the Court are Unopposed Motions to Consolidate cases pursuant to Federal Rule of Civil Procedure 42.  (*See* EDCV 15-00703, Dkt. No.89; EDCV 15-00762, Dkt. No. 43; and EDCV 15-01481, Dkt. No. 22.)  Specifically, Defendants Victor Valley Transit Authority, Dinorah Aguilar, Transdev Services, Inc., and Veolia Transportation Services, Inc. (collectively, "Defendants") request that the Court consolidate *Keiper, et al. v. Victor Valley Transit Authority, et al.*, No. EDCV 15-00703-BRO (SPx) with *Chestnut, et al. v. Victor Valley Transit Authority, et al.*, No. EDCV 15-00762-BRO (SPx), and *Aguilar, et al. v. Victor Valley Transit Authority, et al.*, No. EDCV 15-01481-BRO (SPx).  (*Id.*)  Defendants also request that the Court vacate the existing deadlines and create a new schedule, in addition to staying discovery throughout this process.  (*Id.*)  The Court **GRANTS** the motions and hereby **ORDERS** consolidation of the cases for pretrial purposes.  The lower numbered case, *Keiper, et al. v. Victor Valley Transit Authority, et al.*, EDCV 15-00703-BRO (SPx), is hereby designated the Lead Case; all pretrial documents shall be filed in the Lead Case only.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | **EDCV 15-00703-BRO (SPx);** **EDCV 15-00762-BRO (SPx);** **EDCV 15-01481-BRO (SPx)** | Date | October 16, 2015 |
|---|---|---|---|
| Title | **MARGARET KEIPER, ET AL. V. VICTOR VALLEY TRANSIT AUTHORITY, ET AL.;** **MICHAEL CHESTNUT, ET AL. V. VICTOR VALLEY TRANSIT AUTHORITY, ET AL.;** **JESUS AGUILAR, ET AL. V. VICTOR VALLEY TRANSIT AUTHORITY, ET AL.** | | |

The Court furthers Orders that the parties meet and confer and file a new Rule 26(f) Report setting forth a new proposed schedule. The parties shall file the Rule 26(f) Report no later than Wednesday, **October 28, 2015**.

### IT IS SO ORDERED.

| | :00 |
|---|---|
| Initials of Preparer | cw |