JS- 6  EDCV 15-00762-BRO (SPx)
　　　　EDCV 15-01481-BRO (SPx)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | EDCV 15-00703-BRO (SPx) <br> EDCV 15-00762-BRO (SPx) <br> EDCV 15-01481-BRO (SPx) | Date | October 21, 2015 |
|---|---|---|---|
| Title | MARGARET KEIPER, ET AL. V. VICTOR VALLEY TRANSIT AUTHORITY, ET AL.; <br> MICHAEL CHESTNUT, ET AL. V. VICTOR VALLEY TRANSIT AUTHORITY, ET AL.; <br> JESUS AGUILAR, ET AL. V. VICTOR VALLEY TRANSIT AUTHORITY, ET AL. | | |

Present: The Honorable  **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Relief Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:　　　　Attorneys Present for Defendants:

　　　Not Present　　　　　　　　　　　　　　Not Present

**Proceedings:**　　　(IN CHAMBERS)

## ORDER RE CONSOLIDATING CASES

On October 16, 2015 the Court **GRANTED** the motions to consolidate and **ORDERED** the consolidation of the cases for pretrial purposes. The lower numbered case, *Keiper, et al. v. Victor Valley Transit Authority, et al.*, EDCV 15-00703-BRO (SPx), was designated the Lead Case and the Court ORDERED that all pretrial documents be filed in the Lead Case only.

For ease of record keeping, the court orders that all further documents and proceedings occur under Case No. EDCV 15-00703-BRO (SPx), and that Case Nos. EDCV 15-00762-BRO (SPx) and EDCV 15-01481-BRO (SPx) be administratively closed. Counsel are directed to file all further documents under Case No. EDCV 15-00703-BRO (SPx), only.

The documents should utilize the caption of the original filed case to which they relate.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer　　　　rf