# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS AGUILAR, NAIOMI BRIDGETTE, JERMAINE RATLIFF, a minor, by and through his Guardian ad Litem, NAIOMI BRIDGETTE,<br><br>                Plaintiffs,<br>vs.<br><br>VICTOR VALLEY TRANSIT AUTHORITY, DINORAH AGUILAR, TRANSDEV SERVICES, INC., VEOLIA TRANSPORTATION SERVICES, INC., STEVEN KILTY; FBN TRANSPORTATION, LLC, MARDAN TRANSPORTATION LLC, AMSTON SUPPLY, INC., DOES 1 to 100, inclusive,<br><br>                Defendants. | CASE NO.  EDCV 15-00703-BRO(SPx)<br>                EDVC 15-00762-BRO(SPx)<br>                EDCV 15-01481-BRO(SPx)<br><br>ORDER GRANTING LEAVE FOR DEFENDANTS, MARDAN TRANSPORTATION, LLC and AMSTON SUPPLY, INC., TO FILE FIRST AMENDED ANSWER TO PLAINTIFFS' COMPLAINT |

Pursuant to stipulation of the Parties, and good cause appearing:

IT IS ORDERED THAT:

///

///

1

Defendants MARDAN and AMSTON shall file within 10 days of this Order, the First Amended Answer to Complaint (filed 7/6/15, Doc. No. 46) by adding the additional affirmative defense, as follows:

### FIFTH AFFIRMATIVE DEFENSE

### Graves Amendment

The liability of MARDAN and AMSTON is limited and pre-empted under the so-called Graves Amendment as a lessor of vehicles engaged in interstate commerce. 49 U.S.C. 30106, et seq.

**IT IS HEREBY ORDERED**

Dated: November 6, 2015

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE