John S. Williamson, Bar No. 106485
jwilliamson@williamsonlawgroup.net
Connie L. Benson, Bar No. 185680
cbenson@williamsonlawgroup.net
WILLIAMSON LAW GROUP
1851 East First St., Suite 1225
Santa Ana, CA 92705
(657) 229-7400/FAX: (657) 229-7444

Attorneys for Defendants, STEVEN KILTY; FBN TRANSPORTATION, LLC; AMSTON SUPPLY, INC.; MARDAN TRANSPORTATION, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET KEIPER and DAIL KEIPER, JR., Individually and as the Successors-in-Interest to DAIL KEIPER, SR., Deceased,<br><br>            Plaintiffs,<br>vs.<br><br>VICTOR VALLEY TRANSIT AUTHORITY, a Governmental entity; DINORAH AGUILAR; TRANSDEV SERVICES, INC., a Maryland Corporation; VEOLIA TRANSPORTATION SERVICES, INC., A Corporation; STEVEN KILTY; FBN TRANSPORTATION, LLC, a Wisconsin Limited Liability Company; MARDAN TRANSPORTATION LLC, a Wisconsin Limited Liability Company; AMSTON SUPPLY, INC., a Wisconsin Corporation; and DOES 1 to 100, inclusive,<br><br>            Defendants.<br><br>AND ALL RELATED ACTIONS | CASE NO. EDCV 15-00703-BRO(SPx)<br>           EDCV 15-00762-BRO(SPx)<br>           EDCV 15-01481-BRO(SPx)<br><br>STIPULATION TO ALLOW CROSS-DEFENDANTS, STEVEN KILTY AND FBN TRANSPORTATION, LLC, TO FILE FIRST AMENDED ANSWER TO THE CROSS-CLAIM OF VICTOR VALLEY TRANSIT AUTHORITY, DINORAH AGUILAR, TRANSDEV SERVICES, INC., AND VEOLIA TRANSPORTATION SERVICES, INC.<br>[F.R.C.P. 15(a)(2)] |

1. Pursuant to F.R.C.P. 15(a)(2), IT IS HEREBY STIPULATED between Cross-Defendants, STEVEN KILTY and FBN TRANSPORTATION, LLC ("Cross-Defendants"), and VICTOR VALLEY TRANSIT AUTHORITY; DINORAH AGUILAR; TRANSDEV SERVICES, INC. and VEOLIA TRANSPORTATION SERVICES, INC., (Cross-Claimants"), by and through their respective counsel, as follows:

   1. Cross-Defendants may amend their Answer to the Cross-Claim (filed 6/22/15, Doc. No. 44) by adding admissions, denials and allegations to Paragraphs 11 through 21 of the Cross-Claim. The First Amended Answer to the Cross-Claim that includes admissions, denials and allegations to Paragraphs 11 through 21, is attached as Exhibit A.

   2. Within 10 days of the Court's execution of the Order granting leave to file a First Amended Answer to the Cross-Claim, Cross-Defendants shall file and serve the First Amended Answer (in the form of Exhibit A, to the Cross-Claim filed against them by Cross-Claimants in this action.

DATED: November 6, 2015        WILLIAMSON LAW GROUP

                               _____
                               JOHN S. WILLIAMSON
                               jwilliamson@williamsonlawgroup.net
                               CONNIE L. BENSON
                               cbenson@williamsonlawgroup.net
                               Attorneys for Defendants, STEVEN KILTY;
                               FBN TRANSPORTATION, LLC; AMSTON
                               SUPPLY, INC.; MARDAN
                               TRANSPORTATION, LLC

(SIGNATURE TO STIPULATION CONTINUES ON PAGE 3)

DATED: 11/03/ 2015        WEINBERG, WHEELER, HUDGINS, GUNN
                                          & DIAL, LLC

                                          MARISA RODRIGUEZ-SHAPOVAL
                                          *mrodriguez-shapoval@wwhgd.com*
                                          Attorneys for Cross-Claimants, VICTOR
                                          VALLEY TRANSIT AUTHORITY,
                                          TRANSDEV SERVICES, INC., VEOLIA
                                          TRANSPORTATION SERVICES, INC.,
                                          DINORAH AGUILAR