John S. Williamson, Bar No. 106485
jwilliamson@williamsonlawgroup.net
Connie L. Benson, Bar No. 185680
cbenson@williamsonlawgroup.net
WILLIAMSON LAW GROUP
1851 East First St., Suite 1225
Santa Ana, CA 92705
(657) 229-7400/FAX: (657) 229-7444

Attorneys for Defendants, STEVEN KILTY; FBN TRANSPORTATION, LLC; AMSTON SUPPLY, INC.; MARDAN TRANSPORTATION, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET KEIPER and DAIL KEIPER, JR., Individually and as the Successors-in-Interest to DAIL KEIPER, SR., Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>VICTOR VALLEY TRANSIT AUTHORITY, a Governmental entity; DINORAH AGUILAR; TRANSDEV SERVICES, INC., a Maryland Corporation; VEOLIA TRANSPORTATION SERVICES, INC., A Corporation; STEVEN KILTY; FBN TRANSPORTATION, LLC, a Wisconsin Limited Liability Company; MARDAN TRANSPORTATION LLC, a Wisconsin Limited Liability Company; AMSTON SUPPLY, INC., a Wisconsin Corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | CASE NO.  EDCV 15-00703-BRO(SPx)<br>EDCV 15-00762-BRO(SPx)<br>EDCV 15-01481-BRO(SPx)<br>EDCV 15-02380-BRO(SPx)<br><br>**JOINT STIPULATION TO CONTINUE MOTION OF THE UNITED STATES TO DISMISS THIRD PARTY COMPLAINTS AND BRIEFING SCHEDULE; AND TO REQUIRE COUNSEL TO MEET AND CONFER NO LATER THAN 1/4/16 AND FILE THE NEW RULE 26(F) REPORT SETTING FORTH A PROPOSED SCHEDULE, NO LATER THAN 1/11/16; DECLARATION OF JOHN S WILLIAMSON IN SUPPORT THEREOF**<br>**[PROPOSED] ORDER**<br><br>DATE: January 4, 2016<br>TIME: 1:30 P.M.<br>COURTROOM: 14, 312 N. Spring St., Los Angeles, CA 90012<br>HON. BEVERLY REID-O'CONNELL |

1

```
```

Pursuant to Local Rules 7-1 and 7-11, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR COUNSEL OF RECORD, AS FOLLOWS:

1. The current date for The United States' Motions to Dismiss Third Party Complaints will be continued from January 4, 2016 to January 25, 2016 at 1:30 p.m. in Courtroom 14 of this Honorable Court located at 312 N. Spring St., Los Angeles, CA before Judge Beverly Reid-O'Connell.

2. The Third Party Plaintiffs' Oppositions to The United States' Motion to Dismiss Third Party Complaints will be filed and served on December 24, 2015.

3. The United States' Reply to the Third Party Plaintiffs' Oppositions to Dismiss the Third Party Complaints will be filed and served on January 5, 2016.

4. The parties shall meet and confer no later than January 4, 2016 and file the new Rule 26(f) Report setting forth a proposed schedule, no later than January 11, 2016.

Good cause exists for the continuance of the Motion to Dismiss and the filing of the new Joint Rule 26(f) Report, which is fully set forth in the Declaration of John S. Williamson, concurrently filed herewith.

DATED: December 11, 2015			WILLIAMSON LAW GROUP

/s/ *John S. Williamson*
John S. Williamson
jwilliamson@williamsonlawgroup.net
Attorneys for Defendants, STEVEN KILTY; FBN TRANSPORTATION, LLC; AMSTON SUPPLY, INC.; MARDAN TRANSPORTATION, LLC

DATED: December 11, 2015			TEDFORD & ASSOCIATES

/s/ *James R. Tedford, II*
James R. Tedford, II
ted@tedfordlaw.com
Attorneys for Plaintiff, DINORAH AGUILAR

SIGNATURES TO STIPULATION CONTINUED ON FOLLOWING PAGE]

| | | |
|---|---|---|
| 1 | DATED: December 11, 2015 | LAW OFFICES OF ADRIANOS FACCHETTI, PC |
| 2 | | |
| 3 | | */s/ Adrianos Facchetti* |
| 4 | | Adrianos Facchetti |
| | | *adrianos@facchettilaw.com* |
| 5 | | Attorneys for Plaintiff, DINORAH AGUILAR |
| 6 | DATED: December 11, 2015 | LAW OFFICES OF MARTIN D. GROSS |
| 7 | | |
| 8 | | _____ |
| 9 | | Martin Gross |
| | | *Martin@lawgross.com* |
| 10 | | Attorneys for Plaintiffs, MARGARET KIEPER AND DAIL KIEPER, JR., INDIVIDUALLY AND AS THE SUCCESSORS-IN-INTEREST TO DAIL KEIPER, SR., DECEASED |
| 13 | DATED: December 11, 2015 | WELEBIR TIERNEY & WECK |
| 14 | | |
| 15 | | _____ |
| 16 | | Douglas F. Welebir |
| | | *dfw@wtw-law.com* |
| 17 | | Attorneys for Plaintiffs, MICHAEL CHESTNUT, MISIONA TUSIESEINA, PEDRO MIRANDA |
| 19 | DATED: December 11, 2015 | PENNEY & ASSOCIATES |
| 20 | | |
| 21 | | */s/ Kevin L. Elder* |
| 22 | | Kevin L. Elder |
| | | *kelder@penneyandassociates.com* |
| 23 | | Attorneys for Plaintiffs, JESUS AGUILAR, NAIOMI BRIDGETTE, JERMAINE RATLIFF, a minor, by and through his Guardian ad Litem, NAIOMI BRIDGETTE |

[SIGNATURES TO STIPULATION CONTINUED ON FOLLOWING PAGE]

| | | |
|---|---|---|
| 1 | DATED: December 11, 2015 | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC |
| 2 | | |
| 3 | | */s/ Jeremy R. Alberts* |
| 4 | | Marisa Rodriguez-Shapoval<br>*mrodriguez-shapoval@wwhgd.com* |
| 5 | | Jeremy R. Alberts<br>*jalberts@wwhgd.com* |
| 6 | | Attorneys for Defendants, VICTOR VALLEY TRANSIT AUTHORITY, TRANSDEV SERVICES, INC., VEOLIA TRANSPORTATION SERVICES, INC., DINORAH AGUILAR |
| 10 | DATED: December 11, 2015 | ALEXANDER LAW GROUP, PC |
| 12 | | */s/ Andrea Alexander* |
| 13 | | Andrea Alexander<br>*ana@alexanderlawpc.com* |
| 14 | | Of Counsel for Defendants, VICTOR VALLEY TRANSIT AUTHORITY, TRANSDEV SERVICES, INC., VEOLIA TRANSPORTATION SERVICES, INC., DINORAH AGUILAR |
| 18 | DATED: December 11, 2015 | OFFICE OF THE U.S. ATTORNEY |
| 20 | | */s/ Glen F. Dorgan* |
| 21 | | Katherine L. Parker<br>*katherine.parker@usdoj.gov* |
| 22 | | Glen F. Dorgan<br>*glen.dorgan@usdoj.gov* |
| 23 | | Valerie E. Torres<br>*valerie.torres@usdoj.gov* |
| 24 | | Special Attorneys to the Attorney General |

4