# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET KEIPER and DAIL KEIPER, JR., Individually and as the Successors-in-Interest to DAIL KEIPER, SR., Deceased,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>VICTOR VALLEY TRANSIT AUTHORITY, a Governmental entity; DINORAH AGUILAR; TRANSDEV SERVICES, INC., a Maryland Corporation; VEOLIA TRANSPORTATION SERVICES, INC., A Corporation; STEVEN KILTY; FBN TRANSPORTATION, LLC, a Wisconsin Limited Liability Company; MARDAN TRANSPORTATION LLC, a Wisconsin Limited Liability Company; AMSTON SUPPLY, INC., a Wisconsin Corporation; and DOES 1 to 100, inclusive,<br><br>　　　　　　　　　Defendants.<br><br>AND ALL RELATED ACTIONS | CASE NO.　EDCV 15-00703-BRO(SPx)<br>　　　　　　　EDCV 15-00762-BRO(SPx)<br>　　　　　　　EDCV 15-01481-BRO(SPx)<br>　　　　　　　EDCV 15-02380-BRO(SPx)<br><br>**ORDER GRANTING CONTINUANCE OF MOTION OF THE UNITED STATES TO DISMISS THIRD PARTY COMPLAINTS AND BRIEFING SCHEDULE; AND CONTINUANCE OF THE PARTIES' MEET AND FILING OF THE NEW RULE 26(F) REPORT SETTING FORTH A PROPOSED SCHEDULE** |

1

Pursuant to Stipulation of the parties, and good cause appearing, IT IS ORDERED AS FOLLOWS:

1. The current date for The United States' Motions to Dismiss Third Party Complaints is continued from January 4, 2016 to January 25, 2016 at 1:30 p.m. in Courtroom 14 of this Honorable Court located at 312 N. Spring St., Los Angeles, CA before Judge Beverly Reid-O'Connell.

2. The Third Party Plaintiffs' Oppositions to The United States' Motion to Dismiss Third Party Complaints will be filed and served on December 24, 2015.

3. The United States' Reply to the Third Party Plaintiffs' Oppositions to Dismiss the Third Party Complaints will be filed and served on January 5, 2016.

4. The parties shall meet and confer no later than January 4, 2016 and file the new Rule 26(f) Report setting forth a proposed schedule, no later than January 11, 2016.

**IT IS HEREBY ORDERED**

Dated: December 15, 2015

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE