John S. Williamson, Bar No. 106485
*jwilliamson@williamsonlawgroup.net*
Connie L. Benson, Bar No. 185680
*cbenson@williamsonlawgroup.net*
WILLIAMSON LAW GROUP
1851 East First St., Suite 1225
Santa Ana, CA 92705
(657) 229-7400/FAX: (657) 229-7444

Attorneys for Defendants, STEVEN KILTY; FBN TRANSPORTATION, LLC; AMSTON SUPPLY, INC.; MARDAN TRANSPORTATION, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET KEIPER and DAIL KEIPER, JR., Individually and as the Successors-in-Interest to DAIL KEIPER, SR., Deceased,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>VICTOR VALLEY TRANSIT AUTHORITY, a Governmental entity; DINORAH AGUILAR; TRANSDEV SERVICES, INC., a Maryland Corporation; VEOLIA TRANSPORTATION SERVICES, INC., A Corporation; STEVEN KILTY; FBN TRANSPORTATION, LLC, a Wisconsin Limited Liability Company; MARDAN TRANSPORTATION LLC, a Wisconsin Limited Liability Company; AMSTON SUPPLY, INC., a Wisconsin Corporation; and DOES 1 to 100, inclusive,<br><br>　　　　　　　　　Defendants.<br><br>AND ALL RELATED ACTIONS | **CASE NO. 5:15-cv-00703-JGB-SP**<br>**Related Cases:**<br>**5:15-cv-01481-BRO-SP**<br>**5:15-cv-00762-BRO-SP**<br>**5:16-cv-00610-BRO-SP**<br>**5:15-cv-02380-BRO-SP**<br><br>**MARDAN TRANSPORTATION, LLC'S EVIDENTIARY OBJECTIONS TO VICTOR VALLEY TRANSIT AUTHORITY, TRANSDEV SERVICES, INC., VEOLIA TRANSPORTATION SERVICES INC., AND DINORAH AGUILAR'S EVIDENCE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>DATE: April 29, 2019<br>TIME: 9:00 a.m.<br>DEPT: 1, Hon. Jesus G. Bernal |

1

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

Defendants, STEVEN KILTY, FBN TRANSPORTATION, LLC, AMSTON SUPPLY, INC., AND MARDAN TRANSPORTATION, LLC, hereby submit the following Objections to Evidence submitted by VICTOR VALLEY TRANSIT AUTHORITY, TRANSDEV SERVICES, INC., VEOLIA TRANSPORTATION SERVICES, INC., AND DINORAH AGUILAR, in support of their Opposition to the Motion for Summary Judgement of MARDAN TRANSPORTATION, LLC.

| Evidence Objected To | Location | Objection |
| --- | --- | --- |
| Smart Cam Video | Exhibit "2" to Declaration of Jeremy Alberts at Page 2, Lines 12-14 | ***Lacks Foundation-*** Bus Defendants offer this video but do not provide any foundation for the date or time of the recording. There is no information to authenticate the system on which is was recorded. The video is offered to support the assertion that "The white reflective tape also appears to be obstructed by the tractor's vertical exhaust pipe and the camouflage military vehicle that was being hauled by Steven Kilty". |

| | | |
|---|---|---|
| | | There is no foundation for the statement that this was an "active lane of travel" and the video in and of itself does not verify that statement. No foundation that the video depicts conditions as they existed at the time of this accident. **F.R.E. 901** |
| Photograph of Tractor | Exhibit "3" to Declaration of Jeremy Alberts at Page 2, Lines 15-16 | *Lacks Foundation*- Bus Defendants provide no date, time, location or identification (beyond "taken by Veolia"), of who took the subject photograph. Further, the photograph was apparently taken post-accident. Accordingly, it cannot be used to demonstrate the appearance of the tractor or the equipment on it prior to the subject accident or more importantly, at the time of |

| | | |
|---|---|---|
| | | its lease to FBN and/or Steven Kilty. **F.R.E. 901**. ***Calls for Opinion of an Expert*** Bus Defendants proffer this photograph to support a bare, unsupported assertion that the location of the white reflective conspicuity tape on the cab of the tractor as shown in the photograph constitutes a violation of law. Bus Defendants make this assertion improperly with no testimony of an expert to support it. **F.R.E. 702** |

DATED: April 15, 2019       WILLIAMSON LAW GROUP


             */s/ Connie L. Benson*
             Connie L. Benson
             *cbenson@williamsonlawgroup.net*
             Attorneys for Defendants, STEVEN KILTY; FBN TRANSPORTATION, LLC; AMSTON SUPPLY, INC.; MARDAN TRANSPORTATION, LLC

4

# CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2019, I electronically transmitted the following document(s) to the Clerk's Office using the CM-ECF System for filing and transmittal of Notice of Electronic filing to the following CM-ECF registrants:

**DOCUMENT(S) SERVED:**
**MARDAN TRANSPORTATION, LLC'S EVIDENTIARY OBJECTIONS TO VICTOR VALLEY TRANSIT AUTHORITY, TRANSDEV SERVICES, INC., VEOLIA TRANSPORTATION SERVICES INC., AND DINORAH AGUILAR'S EVIDENCE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

**PARTIES SERVED:**
Martin D. Gross, Esq.
*martin@lawgross.com*
LAW OFFICES OF MARTIN D. GROSS
2001 Wilshire Blvd., Suite 320
Santa Monica, CA 90403
(310) 453-8320/FAX: (310) 861-1359
**ATTORNEYS FOR PLAINTIFFS, MARGARET KEIPER AND DAIL KEIPER, JR., INDIVIDUALLY AND AS THE SUCCESSORS-IN-INTEREST TO DAIL KEIPER, SR.**

Paul R. Kiesel
*kiesel@kiesellaw.com*
Steven D. Archer
*archer@kiesellaw.com*
Stephanie Taft
*taft@kiesellaw.com*
KIESEL LAW
8648 Wilshire Blvd.
Beverly Hills, CA 90211-2910
310-854-4444/FAX: 310-854-0812
**ATTORNEYS FOR PLAINTIFFS, MARGARET KEIPER AND DAIL KEIPER, JR., INDIVIDUALLY AND AS THE SUCCESSORS-IN-INTEREST TO DAIL KEIPER, SR.**

James F. Tierney III
*jtierney@bentleymore.com*
BENTLEY & MORE LLP
1710 Plum Lane, Suite A
Redlands, CA  92374
(909) 635-3800 x 251 / (949) 732-6291
**ATTORNEYS FOR PLAINTIFFS, MICHAEL CHESTNUT, MISIONA TUSIESEINA, and ARIEL DEROSIER**

Kevin L. Elder, Esq.
*kelder@penneyandassociates.com*
PENNEY & ASSOCIATES
6536 Lonetree Blvd.
Rocklin, CA  95765
(916) 786-7662/FAX: (916) 786-0144
**ATTORNEYS FOR PLAINTIFFS, JESUS AGUILAR, NAIOMI BRIDGETTE, JERMAINE RATLIFF, a minor, by and through his Guardian ad Litem, NAIOMI BRIDGETTE; PEDRO MIRANDA**

Robert W. Brannen, Esq.
*rbrannen@penneyandassociates.com*
PENNEY & ASSOCIATES
2150 River Plaza Dr., Suite 205
Sacramento, CA 95833
(916) 443-5506/FAX: (916) 669-0416
**ATTORNEYS FOR PLAINTIFFS, JESUS AGUILAR, NAIOMI BRIDGETTE, JERMAINE RATLIFF, a minor, by and through his Guardian ad Litem, NAIOMI BRIDGETTE; PEDRO MIRANDA**

James R. Tedford II, Esq.
*ted@tedfordlaw.com*
TEDFORD & ASSOCIATES
301 E. Colorado Blvd., Suite 514
Pasadena, CA 91101
(626) 793-8607/FAX: (626) 793-7293
**ATTORNEYS FOR PLAINTIFF, DINORAH AGUILAR**

Adrianos Facchetti, Esq.
*adrianos@facchettilaw.com*
*reagan.facchettilaw@gmail.com*
LAW OFFICES OF ADRIANOS FACCHETTI, PC
301 E. Colorado Blvd, Suite 514
Pasadena, CA 91101
(626) 793-8607/FAX: (626) 793-7293
**ATTORNEYS FOR PLAINTIFF, DINORAH AGUILAR**

Marisa Rodriguez, Esq.
*mrodriguez@wwhgd.com*
Jeremy R. Alberts, Esq.
Admitted Pro Hac Vice
*jalberts@wwhgd.com*
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118
(702) 938-3838/ Facsimile: (702) 938-3864
**ATTORNEYS FOR VICTOR VALLEY TRANSIT AUTHORITY; DINORAH AGUILAR; TRANSDEV SERVICES, INC.; AND VEOLIA TRANSPORTATION SERVICES, INC.**

Andrea Alexander, Esq.
*ana@alexanderlawpc.com*
ALEXANDER LAW GROUP, PC
10960 Ventura Blvd, Second Floor
Studio City, CA 91604
(818) 237-3179/ (702) 938-3864
**ASSOCIATED ATTORNEYS FOR VICTOR VALLEY TRANSIT AUTHORITY; DINORAH AGUILAR; TRANSDEV SERVICES, INC.; AND VEOLIA TRANSPORTATION SERVICES, INC.**

William Barr
Attorney General of the United States
Robert S. Brewer, Jr., United States Attorney
Katherine L. Parker
Glen F. Dorgan,
*glen.dorgan@usdoj.gov*
Valerie E. Torres, Esq.
*valerie.torres@usdoj.gov*
Special Attorneys to the Attorney General
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
(619) 546-7665 / (619) 546-7751
**ATTORNEYS FOR THIRD-PARTY DEFENDANT UNITED STATES OF AMERICA**

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed this 15th day of April, 2019 at Santa Ana, California.

*/s/ Jackie Renfroe*
JACKIE RENFROE