MERRICK B. GARLAND
Attorney General of the United States
RANDY S. GROSSMAN
United States Attorney
Valerie E. Torres, SBN 223011
George Manahan, SBN 239130
Glen F. Dorgan, SBN 160502
David B. Wallace, SBN 172193
Special Attorneys to the Attorney General
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7644
Fax: (619) 546-7751
Email: valerie.torres@usdoj.gov

Attorneys for Defendant UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET KEIPER, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>VICTOR VALLEY TRANSIT AUTHORITY, ET AL., <br><br>Defendants. | Lead Case No.: 5:15-cv-00703-JGB (SPx) <br><br>**STIPULATION TO DISMISS WITH PREJUDICE PLAINTIFF ARIEL DEROSIER'S CLAIMS AGAINST THE UNITED STATES** |
| VICTOR VALLEY TRANSIT AUTHORITY, *et al.*, <br><br>Third-Party Plaintiffs, <br><br>v. <br><br>UNITED STATES OF AMERICA, <br><br>Third-Party Defendant. | |
| AND CONSOLIDATED ACTIONS | |

| | |
|---|---|
| 1 | Plaintiff Ariel Derosier ("Plaintiff") and Defendant United States of America (collectively the "Parties"), having resolved all the claims and issues identified in Plaintiff's operative Complaint, hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a), to the dismissal with prejudice of all claims Plaintiff has asserted against the United States, with each party bearing their own fees and costs. |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties, and subject to the approval of the Court, that Plaintiff Ariel Derosier's claims against the United States be dismissed with prejudice with each party bearing their own fees and costs.

DATED:  May 25, 2022                     Respectfully submitted,

PENNEY & ASSOCIATES

 s/ *Robert W. Brannen*
KEVIN L. ELDER
ROBERT W. BRANNEN
Attorneys for Plaintiffs Jesus Aguilar, Naiomi Bridgette, Jermaine Ratliff, Pedro Miranda, Michael Chestnut, Misiona Tusieseina, and Ariel Derosier

DATED:  May 25, 2022                     MERRICK B. GARLAND
Attorney General
RANDY S. GROSSMAN
United States Attorney

 s/ *Valerie E. Torres*
VALERIE E. TORRES
Special Attorney to the Attorney General
Attorneys for the United States of America

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to all the other signatories listed above and I have obtained their authorization to affix their electronic signatures to this document.

DATED:    May 25, 2022                    s/ Valerie E. Torres
VALERIE E. TORRES
Assistant United States Attorney